UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 5:20-CR-00097-JGB |
| Plaintiff, | ) | ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |
| v. | ) | |
| Brian Patrick Hammond, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central__ District of __California__ for alleged violation(s) of the terms and conditions of probation or supervised release; and

Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A. (×)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

   (×)   information in the Pretrial Services Report and Recommendation

   (×)   information in the violation petition and report(s)

   (×)   the defendant's nonobjection to detention at this time

   ( )   other: _____

1    and/ or

2  B. (×)    The defendant has not met his/her burden of establishing by clear and

3             convincing evidence that he/she is not likely to pose a danger to the safety

4             of any other person or the community if released under 18 U.S.C.

5             § 3142(b) or (c).  This finding is based on the following:

6             (×)    information in the Pretrial Services Report and Recommendation

7             (×)    information in the violation petition and report(s)

8             (×)    the defendant's nonobjection to detention at this time

9             (  )    other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: 08/25/2023

15             _____
            SHASHI H. KEWALRAMANI
            UNITED STATES MAGISTRATE JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28